**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Anthony Alan Lougee  
              Debtor(s)

BK NO. 18-03448 HWV

Chapter 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                      Respectfully submitted,

/s/ Rebecca Solarz  
Rebecca Solarz  
29 Nov 2021, 10:28:24, EST

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
215-627-1322