Certificate Number: 05781-PAM-DE-036918240

Bankruptcy Case Number: 18-03448


05781-PAM-DE-036918240

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on October 20, 2022, at 3:37 o'clock PM PDT, Anthony Lougee completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 20, 2022   By: /s/Allison M Geving

Name: Allison M Geving

Title: President